UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 1:06-M-84M |
| | : | |
| JOSE CANDELIER | : | |

**JOINT MOTION TO CONTINUE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

Now comes the United States, by and through its attorneys, Robert Clark Corrente, United States Attorney and Stephanie S. Browne, Assistant United States Attorney, and Jose Candelier, by and through his attorney, Charles A. Tamuleviz, and, pursuant to 18 U.S.C. §3161(h), move to continue the proceedings in the above-captioned matter for an additional period of sixty (60) days and to exclude that sixty (60) day time period from the operation of the time limit imposed by the Speedy Trial Act. Specifically, 18 U.S.C. § 3161(b) imposes a 30-day time period, from the date of arrest, within which an information or indictment must be filed. Here, the parties are jointly requesting the sixty (60) day continuance and have both agreed that the period from September 5, 2006, through November 4, 2006, should be excluded from the § 3161(b) time limit pursuant to 18 U.S.C. § 3161(h).

The reasons for granting this Motion are as follows:

1. The parties are engaged in plea negotiations which may

lead to the prompt resolution of the complaint, thus fulfilling one of the purposes of the Speedy Trial Act. See 18 U.S.C. §3161(h)(1)(I).

2. The defendant is aware of and waives his right to have this matter submitted to the grand jury for indictment within thirty (30) days of his arrest on the complaint.

3. The ends of justice served by the granting of this motion outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

STEPHANIE S. BROWNE
Assistant U.S. Attorney

CHARLES TAMULEVIZ
Counsel for the Defendant